CLERK'S OFFICE U.S. DISTRICT COURT
AT LYNCHBURG, VA
FILED

OCT 13 2023

LAURA A. AUSTIN, CLERK
BY: /s/ Deputy Clerk
DEPUTY CLERK

I, Rachel Peters, dismiss JP Morgan Chase & Co. and Goldman Sachs case. Case No. 6:23-CV-00044-NKM and Case No. 6:23-CV-00043-NKM

*[signature]*
10·13·2023