UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| PETERS, RACHEL, N., <br><br> Plaintiff, <br><br> v. <br><br> JP MORGAN CHASE & CO., <br><br> Defendant. | No. 6:23-cv-00044-NKM <br><br> **STIPULATION OF DISMISSAL BY DEFENDANT JPMORGAN CHASE BANK, N.A.** |

PLEASE TAKE NOTICE, that defendant JPMorgan Chase Bank, N.A. ("Chase"), erroneously named here as JP Morgan Chase & Co., hereby stipulates to dismissal of the above-captioned action as requested by the plaintiff, Rachel N. Peters. Dkt. 11.

Dated: October 19, 2023

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Patrick A. Harvey*
Patrick A. Harvey, Bar No. 78565
patrick.harvey@morganlewis.com
1111 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone: 202.739.3000
Facsimile:  202.739.3001

*Attorneys for JPMorgan Chase Bank, N.A.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 19, 2023 I caused a copy of the foregoing to be served on Plaintiff via email and first-class mail at the following address:

Rachel N. Peters
189 Lynview Drive
Lynchburg, VA 24502
rachelnstrong@icloud.com

                                                              */s/ Patrick A. Harvey*